UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Manuel PEREZ–ARIAS,
also known as Jose Perez,
Defendant–Appellant.

No. 12–41100
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jose Manuel Perez–Arias, FCI McDowell, Welch, WV, pro se.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Manuel Perez–Arias has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Perez–Arias has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR R. 47.5.4.